UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MALCOLM HOGUE,

          Defendant.

Case No. 1:23-cr-00442 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the conference on March 26, 2024, Defendant's motion to dismiss the indictment (ECF No. 19) is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 19.

As further stated at the conference on March 26, 2024, IT IS HEREBY ORDERED that a jury trial shall commence on Monday, **May 20, 2024**, at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **April 12, 2024:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list. |
| | In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **April 19, 2024:** | Defendants shall file responses to the Government's motion(s) and their own motions *in limine*, if any. In addition, to the extent that Defendants intend to put on their own case-in-chief, they shall also file their exhibits lists and witness lists at this time. |
| **April 26, 2024:** | The Government shall file a response to Defendants' motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with Rule 6 of the Court's Individual Rules of Practice in Criminal Cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **May 9, 2024**, at 1:00 p.m. in the aforementioned courtroom.

Dated: March 26, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge