UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MALCOLM HOGUE,

Defendant.

23-cr-00442-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

IT IS HEREBY ORDERED that the pretrial submission deadlines are adjourned *sine die*, given Defendant's change of plea hearing scheduled for May 9, 2024 at 1:00 p.m.

Dated: April 3, 2024
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge