**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

April 8, 2024

**By ECF**

Hon. Jennifer L. Rochon
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

By April 9, 2024, AUSA Burkett shall file a letter addressing Defendant's request and providing any additional information (if available) about the Marshals Service's security concerns.

Dated: April 8, 2024
New York, New York

Re: <u>U.S. v. Malcolm Hogue</u>
23 Cr. 442 (JLR)

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon:

This letter is respectfully submitted on behalf of the defendant, Malcolm Hogue, to request that the Court direct the U.S. Marshals Service to take Mr. Hogue out of the Metropolitan Detention Center on Friday April 12, 2024, so that he can attend the funeral service for his mother, Julie Hogue, who passed away suddenly on April 3. The funeral service will be held at the Ortiz Funeral Home, 2580 Grand Concourse, in the Bronx, from 5-9 p.m. If for any reason, the Marshals cannot allow Mr. Hogue to attend the complete service, it is respectfully requested that they take him to the funeral home at the start of the service, so that he can pay his final respects to his mother. Mr. Hogue is scheduled for a change of plea hearing before Your Honor on May 9 and recognizes that he is likely to spend a significant time in prison and therefore, will not have an opportunity to say goodbye to his mother for several years. He would like the opportunity to honor his mother one last time by attending her funeral service.

I have been in contact with AUSA Burkett in connection with this request and he advised me that the Marshals Service has stated that it cannot take Mr. Hogue to the service due to unspecified "security concerns."

Thank you in advance for your consideration of this request.

Respectfully submitted,

*Avraham C. Moskowitz*

Avraham C. Moskowitz

cc: AUSA Burkett (by email)