UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MALCOLM HOGUE,

              Defendant.

Case No. 1:23-cr-00442 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      IT IS HEREBY ORDERED as stated at the status conference on May 8, 2024, that attorney Sarah M. Sacks is substituted as counsel for Defendant and Avraham Moskowitz is relieved as counsel.  IT IS FURTHER ORDERED that the May 20, 2024 jury trial is adjourned *sine die*.  A follow-up status conference is scheduled for May 23, 2024, at 11:30 a.m.  Speedy trial time is excluded until May 23, 2024, for the reasons set forth on the record.

Dated: May 8, 2024
       New York, New York

                                                    SO ORDERED.

                                                    JENNIFER L. ROCHON
                                                    United States District Judge