UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

MALCOLM HOGUE,

              Defendant.

Case No. 1:23-cr-00442 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated on the record at the conference on May 23, 2024, IT IS HEREBY ORDERED that a jury trial shall commence on Tuesday, **September 3, 2024**, at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **August 6, 2024:** | The parties shall file any motions *in limine* and any Rule 404(b) notices.  In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **August 13, 2024:** | The parties shall file responses to the motions *in limine*, if any. |
| **August 20, 2024:** | The parties shall file their exhibits lists and witness lists. |

    There shall be no replies to any motions *in limine*.  The parties shall otherwise comply with Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including for expert disclosures.

    Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **August 16, 2024**, at 10:00 a.m. in the aforementioned courtroom.

Dated: May 23, 2024
       New York, New York

                                    SO ORDERED.

                                    *Jennifer Rochon*
                                    JENNIFER L. ROCHON
                                    United States District Judge