# EPSTEIN SACKS PLLC
# ATTORNEYS AT LAW
# 100 LAFAYETTE STREET - SUITE 502
# NEW YORK, N.Y. 10013
# (212) 684-1230
# Fax (212) 571-5507

**BENNETT M. EPSTEIN: (917) 653-7116**
**SARAH M. SACKS: (917) 566-6196**

November 12, 2024

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Filed on ECF

<u>United States v. Malcolm Hogue</u>
23 Cr. 442 (JLR)

> Letter Motion GRANTED. The sentencing is adjourned from December 3, 2024 to **February 4, 2025 at 11:30 a.m.** Sentencing submissions shall be filed in accordance with the Court's criminal rules.
>
> Dated: November 13, 2024
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Dear Judge Rochon:

      We represent Malcolm Hogue pursuant to the Criminal Justice Act. He is currently scheduled to be sentenced on December 3, 2024, and our sentencing submission is due next week on Tuesday, November 19, 2024. We write to respectfully request that the Court adjourn Mr. Hogue's sentencing hearing until early February, as well as the due date of our submission until two weeks prior to that date. This is our first request for such an adjournment.

      Undersigned counsel is currently on trial in the Eastern District of New York in front of Judge Vitaliano. The trial began on October 21, 2024, and at this time we believe it will continue for the rest of this week, and (at the current rate) possibly next week. We also need this adjournment because our mitigation expert is still working on a mitigation report which we intend to provide for the Court's consideration in determining a just sentence in this case.

      In addition to the circumstances described above, the undersigned is scheduled to be out of the country for the last two weeks of December. For these reasons, we submit that an adjournment until the beginning of February should give us sufficient time to prepare for sentencing in this case. We have been in touch with the Government, and they have no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*