# EPSTEIN SACKS PLLC
# ATTORNEYS AT LAW
# 100 LAFAYETTE STREET - SUITE 502
# NEW YORK, N.Y. 10013
# (212) 684-1230
# Fax (212) 571-5507

**BENNETT M. EPSTEIN: (917) 653-7116**
**SARAH M. SACKS: (917) 566-6196**

January 16, 2025

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Filed on ECF

> Letter Motion GRANED. The sentencing is adjourned from February 4, 2025 to **March 11, 2025 at 12:00 p.m.**
>
> Dated: January 17, 2025
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

<u>United States v. Malcolm Hogue</u>
23 Cr. 442 (JLR)

Dear Judge Rochon:

    We represent Malcolm Hogue pursuant to the Criminal Justice Act. He is currently scheduled to be sentenced on February 4, 2025 and our sentencing submission is due on Tuesday, January 21, 2025. We write to respectfully request that the Court adjourn Mr. Hogue's sentencing hearing for approximately thirty days. This is our second request for an adjournment. We seek this adjournment to allow us more time to meet with Malcolm and prepare for sentencing. In addition to the issues that arise regularly that makes visitation at the MDC difficult, the BOP mistakenly sent Malcolm to FCI Lewisburg (probably due to the fact that he had been sentenced on his VOSR case, not appreciating that he still had to be sentenced in his case before Your Honor). Although he has since been returned to the MDC thanks to the Government's intervention, this took away time we needed to meet with him and prepare our submissions. In addition, we are still waiting on records from certain agencies that we believe could be helpful to him at sentencing. We also need additional time to gather letters from Malcolm's family and friends to present to the Court as part of our sentencing submission.

    We believe that an adjournment until the beginning of March should give us sufficient time to prepare for sentencing in this case. We have been in touch with the Government, and they take no position with respect to this request.

Respectfully submitted,

*Sarah M. Sacks*